ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __PENNSYLVANIA__

NOWAK DENTAL SUPPLIES, INC.

V.

DENTSPLY INTERNATIONAL, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07-CV-1799

TO: (Name and address of Defendant)

Dentsply International, Inc.
221 West Philadelphia Street, Suite 60
York, PA   17405

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven E. Grubb
Goldberg, Katzman & Shipman
320 Market St., Strawberry Square
P.O. Box 1268
Harrisburg, PA 17108-1268

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARY E. D'ANDREA, CLERK                                  10/3/2007

CLERK _[signature]_                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10/05/07 |
| NAME OF SERVER (PRINT) Robert A. Dash | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 221 West Philadelphia Street York, PA 17405

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/06/07
*Date*

*Signature of Server*

3861 Sarayo Circle
Harrisburg, PA 17110

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.