OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RECEIVED
HARRISBURG, PA
OCT 15 2007
MARY E. D'ANDREA, CLERK
Per _____

US POSTAGE $00.41 10/04/2007
Mailed From 17108
049J82044453

Linda Nussbaum
850 Third Avenue
New York, NY 10022

NIXIE    100    SE    1        40  10/11/07
         RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 17108098363    *0119-05599-04-37

Case No: 1:07-cv-01799-CCC   Document No: 2, User: ki, 1 Copy Printed: Oct, 4, 2007  01:08 PM

Linda Nussbaum
850 Third Avenue
New York, NY 10022

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
FEDERAL BUILDING & COURTHOUSE
228 WALNUT STREET, P.O. BOX 847
HARRISBURG, PA 17108-0847

---

OFFICIAL BUSINESS

CHRISTOPHER C. CONNER
JUDGE

TEL (717) 221-3945
FAX (717) 221-3949

October 4, 2007

Adam Moskowitz, Esquire
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134

Brent B. Barrier, Esquire
365 Canal Street, Suite 2000
New Orleans, LA 70130

David P. Smith, Esquire
W. Ross Foote, Esquire
720 Murray Street
P.O. Box 1632
Alexandria, LA 71309

Linda Nussbaum, Esquire
850 Third Avenue
New York, NY 10022

Adam Steinfeld, Esquire
Bruce E. Gerstein, Esquire
Noah Silverman, Esquire
1501 Broadway, Suite 1416
New York, NY 10036

John Gregory Odom, Esquire
Stuart E. Des Roches, Esquire
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130

Steven E. Grubb, Esquire
Goldberg, Katzman & Shipman
320 Market Street, Strawberry Square
P.O. Box 1268
Harrisburg, PA 17108-1268

Re:   *Nowak Dental Supplies, Inc. v. Dentsply International, Inc.*
      Civil Action No. 1:07-CV-1799

The referenced action has been assigned to me. If service of the initial pleading is not made within the time allotted by the rules of procedure, a status report shall be submitted to the court addressing the reasons for the delay and the course of action being taken.

Once joinder of this matter has been accomplished, the court will issue an order setting a time and date for a mandatory conference between counsel for all parties and the court. Such a conference is mandated by Rule 16 of the Federal Rules of Civil Procedure. The purpose of this conference is to establish deadlines for the management of this case. The order scheduling the conference will inform the parties in more detail of their responsibilities in preparation for this conference. Accordingly, it is essential that the answer (or other responsive pleading/motion) be filed in the time provided for in the Federal Rules of Civil Procedure. To this end, counsel, as well as pro se litigants, are admonished not to enter into agreements for extensions of time without also seeking court approval. The court will not honor such agreements standing alone.

October 4, 2007
Page -2-

      The parties are advised to comply fully with Rule 26 and other provisions of the Federal Rules of Civil Procedure. Counsel shall not cease active discovery efforts pending disposition of a motion to dismiss.

      Any inquiries you have concerning this case and its progress should be directed to Kimberly McKinney, Deputy Clerk of Court, P.O. Box 983, Federal Building, Harrisburg, Pennsylvania, telephone number (717) 221-3941.

      Sincerely,

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge

cc:    Clerk of Court