IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOWAK DENTAL SUPPLIES, INC., *Plaintiff*, v. DENTSPLY INTERNATIONAL INC. *Defendant.* | Case No.: 1: 07-CV-1799 (Judge Conner) |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, Dentsply International Inc. ("Dentsply"), by and through counsel, files the within Unopposed Motion to Extend Time to Answer or Otherwise Plead as follows:

1. Plaintiff completed service of its Complaint upon Dentsply on or about October 5, 2007 by personal service.

2. The deadline to answer or otherwise plead to the Complaint is October 25, 2007.

3. The parties have jointly agreed to permit Dentsply an extension of time to answer or otherwise plead until November 26, 2007.

4.      The purpose of the proposed extension is to give Dentsply sufficient time to obtain information necessary to answer or otherwise plead to Plaintiff's Complaint.

5.      Plaintiff consents to the filing of this Motion.

WHEREFORE, Dentsply International Inc. respectfully requests that the within Unopposed Motion to Extend Time to Answer or Otherwise Plead be granted.

                          MCNEES WALLACE & NURICK LLC

                          By: _____
                          Harvey Freedenberg
                          100 Pine Street
                          P.O. Box 1166
                          Harrisburg, PA 17108-1166
                          Phone: 717-237-5267
                          Facsimile: 717-237-5300

                          *Attorneys for Defendant*

                          Dated: October 19, 2007

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing document was served this 19th day of October 2007 via electronic means upon the following:

>Steven E. Grubb, Esquire
>Goldberg Katzman, P.C.
>320 Market Street, Strawberry Square
>P.O. Box 1268
>Harrisburg, PA 17108-1268

/s/ Harvey Freedenberg
Harvey Freedenberg
Of Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOWAK DENTAL SUPPLIES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DENTSPLY INTERNATIONAL INC. <br><br> *Defendant.* | Case No.: 1: 07-CV-1799 <br><br> (Judge Conner) |

## ORDER OF COURT

On this _____ day of October 2007, upon consideration of the Defendant's Unopposed Motion to Extend Time to Answer or Otherwise Plead, it is ORDERED that the Defendant shall be GRANTED until November 26, 2007 to answer or otherwise plead to Plaintiff's Complaint.

                                                          _____
                                                          Christopher C. Conner
                                                          United States District Judge