IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOWAK DENTAL SUPPLIES, INC.,** | : | CIVIL ACTION NO. 1:07-CV-1799 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **DENTSPLY INTERNATIONAL INC.,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 19th of October, 2007, upon consideration of defendant's unopposed motion (Doc. 5) to extend time to answer or otherwise plead, it is hereby ORDERED that said motion is GRANTED. Defendant shall have until November 26, 2007, to answer or otherwise plead to plaintiff's complaint.

　　　　　　　　　　　　　　　　　　　S/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　United States District Judge