IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOWAK DENTAL SUPPLIES, INC., *Plaintiff,* v. DENTSPLY INTERNATIONAL INC. *Defendant.* | Case No.: 1: 07-CV-1799 (Judge Conner) |

**JOINT MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE**

Plaintiff Nowak Dental Supplies, Inc. ("Nowak"), and Defendant Dentsply International Inc. ("Dentsply") respectfully move this Court to continue the Case Management Conference currently scheduled for November 26, 2007, at 9:30 a.m., to one of the following dates: December 5, 13 or 14, 2007. In support of this Motion, the parties state as follows:

1. By Order dated October 19, 2007, the Court scheduled a Case Management Conference on November 20, 2007, at 9:30 a.m.

2. By Order dated October 19, 2007, the Court likewise granted Dentsply's Unopposed Motion to Extend Time to Answer or Otherwise Plead, extending the time for Dentsply to file its initial pleading until November 26, 2007.

3. After conferring, counsel for both parties are of the view that the case management conference will be more productive if it occurs after Dentsply files its initial pleading.

4. Counsel have consulted their respective calendars and have determined that they all are available on December 5, 13 or 14.

WHEREFORE, Nowak and Dentsply respectfully request that the Court grant their motion and issue an Order to continue the Case Management Conference currently scheduled for November 26, 2007, at 9:30 a.m., to one of the following dates: December 5, 13 or 14, 2007. In all other respects, Nowak and Dentsply request that the Court's Order Scheduling Initial Case Management

Conference, entered on October 19, 2007, remain in full force and effect.

          GOLDBERG KATZMAN, P.C.

          By: /s/Steven Grubb
              Steven E. Grubb
              320 Market Street
              P.O. Box 1268
              Harrisburg, PA 17108-1268
              Phone: 717-234-4161
              Facsimile: 717-234-1608

              *Attorneys for Plaintiff*

          MCNEES WALLACE & NURICK LLC

          By: /s/Harvey Freedenberg
              Harvey Freedenberg
              100 Pine Street
              P.O. Box 1166
              Harrisburg, PA 17108-1166
              Phone: 717-237-5267
              Facsimile: 717-237-5300

              *Attorneys for Defendant*

              Dated: November 9, 2007

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing document was served this 9th day of November 2007 via electronic means upon the following:

> Steven E. Grubb, Esquire
> Goldberg Katzman, P.C.
> 320 Market Street, Strawberry Square
> P.O. Box 1268
> Harrisburg, PA 17108-1268

> /s/Harvey Freedenberg
> Harvey Freedenberg
>
> Of Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOWAK DENTAL SUPPLIES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DENTSPLY INTERNATIONAL INC. <br><br> *Defendant.* | Case No.: 1: 07-CV-1799 <br><br> (Judge Conner) |

## ORDER OF COURT

On this _____ day of November, 2007, upon consideration of the Joint Motion to Continue Case Management Conference it is ORDERED that the case management conference currently scheduled for November 26, 2007, at 9:30 a.m. be continued to _____, 2007, at _____, __.m. In all other respects, the Court's Order Scheduling Initial Case Management Conference shall remain in full force and effect.

                                                                                  _____
                                                                                  Christopher C. Conner
                                                                                  United States District Judge