# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NOWAK DENTAL SUPPLIES, INC.,** : | **CIVIL ACTION NO. 1:07-CV-1799** |
| Plaintiff : | |
| : | (Judge Conner) |
| v. : | |
| : | |
| **DENTSPLY INTERNATIONAL INC.,** : | |
| Defendant : | |

## ORDER RESCHEDULING INITIAL
## CASE MANAGEMENT CONFERENCE

AND NOW, this 13th day of November, 2007, upon consideration of the joint motion (Doc. 8) to continue case management conference, it is hereby ORDERED that said motion is GRANTED. The Initial Case Management Conference previously scheduled for November 20, 2007, has been rescheduled to **Tuesday, December 11, 2007, at 10:10 a.m.**

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge