IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NOWAK DENTAL SUPPLIES, INC.,** | : | CIVIL ACTION NO. 1:07-CV-1799 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **DENTSPLY INTERNATIONAL, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 11th day of December, 2007, upon consideration of defendant's motion to transfer venue (Doc. 22) and its brief in support thereof (Doc. 23) filed on December 7, 2007, and in light of the telephone conference held on the date of this order during which the parties agreed to enlarge the time for filing of plaintiff's brief in opposition to the motion (Doc. 22), it is hereby ORDERED that:

1. Plaintiff shall file, on or before January 10, 2008, a brief in opposition to defendant's motion to transfer venue (Doc. 22).

2. Defendant shall be permitted to file, on or before January 28, 2008, a brief in reply.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge