CLOSED, CONFDOC, HBG, PROTO

# United States District Court
# Middle District of Pennsylvania (Harrisburg)
# CIVIL DOCKET FOR CASE #: 1:07–cv–01799–CCC

| | |
|---|---|
| Nowak Dental Supplies, Inc. v. Dentsply International, Inc. | Date Filed: 10/02/2007 |
| Assigned to: Honorable Christopher C. Conner | Date Terminated: 08/04/2008 |
| Cause: 15:15 Antitrust Litigation | Jury Demand: Plaintiff |
| | Nature of Suit: 410 Anti–Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Nowak Dental Supplies, Inc.**     represented by     **Adam Moskowitz**
2525 Ponce de Leon Blvd, 9th Floor
Miami, FL 33134
305–372–1800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam M Steinfeld**
Garwin Gerstein &Fisher LLP
1501 Broadway
Suite 1416
New York, NY 10036
212–398–0055
Email: asteinfeld@garwingerstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brent B. Barrier**
365 Canal Street, Suite 2000
New Orleans, LA 70130
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce E. Gerstein**
Garwin Gerstein &Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036
212–398–0055
Email: bgerstein@garwingerstein.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David P. Smith**
720 Murray Street
PO Box 1632
Alexandria, LA 71309
318–445–4480
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Gregory Odom**

Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
504−522−0077
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda Nussbaum**
Kaplan Fox &Kilsheimer LLP
850 Third Avenue
14th Floor
New York, NY 10022
212−687−1980
Fax: 212−687−7714
Email: lnussbaum@kaplanfox.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Noah Silverman**
1501 Broadway, Suite 1416
New York, NY 10036
212−398−0055
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven E. Grubb**
Goldberg, Katzman &Shipman
320 Market St., Strawberry Square
P.O. Box 1268
Harrisburg, PA 17108−1268
717−234−4161
Fax: 717−234−6808
Email: seg@goldbergkatzman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart E. Des Roches**
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
504−522−0077
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Ross Foote**
720 Murray Street
PO Box 1632
Alexandria, LA 71309
318−445−4480
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

| **Defendant** | | |
|---|---|---|
| **Dentsply International, Inc.** | represented by | **Charles R. Price**<br>Latham &Watkins LLP<br>555 Eleventh Street NW<br>Suite 1000<br>Washington, DC 20004–1304<br>202–637–1019<br>Email: randy.price@lw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eric J. McCarthy**<br>Latham &Watkins LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004<br>202.637.2200<br>Email: eric.mccarthy@lw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Margaret M. Zwisler**<br>Latham &Watkins<br>555 Eleventh Street, N.W.<br>Suite 1000<br>Washington, DC 20004–1304<br>(202) 637–1092<br>Email: peggy.zwisler@lw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Adam M Steinfeld**<br>(See above for address)<br>*TERMINATED: 01/31/2008*<br>*ATTORNEY TO BE NOTICED*<br><br>**Harvey Freedenberg**<br>McNees, Wallace &Nurick<br>100 Pine St.<br>P.O. Box 1166<br>Harrisburg, PA 17108–1166<br>717–237–5267<br>Fax: 17172375300<br>Email: hfreedenberg@mwn.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/02/2007 | Ï 1 | COMPLAINT against Dentsply International, Inc. ( Filing fee $350, Receipt Number 1123028), filed by Nowak Dental Supplies, Inc. (Attachments: # 1 Civil Cover Sheet)(aaa ) (Entered: 10/03/2007) |
| 10/03/2007 | Ï | Summons Issued as to Dentsply International, Inc. and provided to Attorney for |

| | | |
|---|---|---|
| | | service on Defendant. (aaa ) (Entered: 10/03/2007) |
| 10/04/2007 | Ï 2 | ORDER – Letter to Counsel from Court Re: Case Assignment and Procedures. (See order for complete details.) Signed by Judge Christopher C. Conner on 10/04/07. (ki) (Entered: 10/04/2007) |
| 10/11/2007 | Ï 3 | RETURN OF SERVICE (Non Summons &Complaint) by Nowak Dental Supplies, Inc. re Summons Issued, 1 Complaint (Grubb, Steven) (Entered: 10/11/2007) |
| 10/15/2007 | Ï 4 | Mail Returned as Undeliverable. Document 2. Mail sent to Linda Nussbaum. Mail resent. (aaa ) (Entered: 10/15/2007) |
| 10/19/2007 | Ï 5 | First MOTION for Extension of Time to File Answer re 1 Complaint by Dentsply International, Inc.. (Attachments: # 1 Proposed Order)(Freedenberg, Harvey) (Entered: 10/19/2007) |
| 10/19/2007 | Ï 6 | ORDER granting deft's motion to ext time 5 to answer or otherwise plead to pltf's complaint until 11/26/2007. (See order for complete details.) Signed by Judge Christopher C. Conner on 10/19/07. (ki) (Entered: 10/19/2007) |
| 10/19/2007 | Ï 7 | SCHEDULING ORDER: Initial Case Management Conference set for 11/20/2007 @ 09:30 AM; placement of the telephone conference call is the responsibility of the plaintiff. (See order for complete details.) Signed by Judge Christopher C. Conner on 10/19/07. (ki) (Entered: 10/19/2007) |
| 11/09/2007 | Ï 8 | First MOTION to Continue *Case Management Conference* by Dentsply International, Inc.. (Attachments: # 1 Proposed Order)(Freedenberg, Harvey) (Entered: 11/09/2007) |
| 11/13/2007 | Ï 9 | SCHEDULING ORDER granting joint motion to cont cmc 8 – Initial Case Management Conference RESCHEDULED from 11/20/07 to 12/11/2007 @ 10:10 AM. (See order for complete details.) Signed by Judge Christopher C. Conner on 11/13/07. (ki) (Entered: 11/13/2007) |
| 11/26/2007 | Ï 10 | *Dentsply International Inc.'s* ANSWER to Complaint *(Individual and Class Action)* by Dentsply International, Inc.. (Attachments: # 1 Corporate Disclosure Statement)(Freedenberg, Harvey) (Entered: 11/26/2007) |
| 11/28/2007 | Ï 11 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Adam M Steinfeld on behalf of Nowak Dental Supplies, Inc. Attorney Adam Steinfeld is seeking special admission. Filing fee $ 25, receipt number 1158862.. (Steinfeld, Adam) (Entered: 11/28/2007) |
| 11/28/2007 | Ï 12 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Bruce E. Gerstein on behalf of Nowak Dental Supplies, Inc. Attorney Bruce Gerstein is seeking special admission. Filing fee $ 25, receipt number 1158894.. (Gerstein, Bruce) (Entered: 11/28/2007) |
| 11/28/2007 | Ï 13 | SPECIAL ADMISSIONS FORM APPROVED as to Adam M. Steinfeld, Esquire. (Orig: SCR Registry) Signed by Judge Christopher C. Conner on 11/28/07. (ki) (Entered: 11/28/2007) |
| 11/28/2007 | Ï 14 | SPECIAL ADMISSIONS FORM APPROVED as to Bruce E. Gerstein, Esquire. (Orig: SCR Registry) Signed by Judge Christopher C. Conner on 11/28/07. (ki) (Entered: 11/28/2007) |
| 11/29/2007 | Ï 15 | |

| | | |
|---|---|---|
| | | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Eric J. McCarthy, Harvey Freedenberg on behalf of Dentsply International, Inc. Attorney Eric J. McCarthy is seeking special admission. Filing Fee: 25.00 Receipt Number: 111 002500. (aaa ) (Entered: 11/29/2007) |
| 11/29/2007 | Ï 16 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Margaret M. Zwisler, Harvey Freedenberg on behalf of Dentsply International, Inc. Attorney Margaret M. Zwisler is seeking special admission. Filing Fee: 25.00 Receipt Number: 111 002500. (aaa ) (Entered: 11/29/2007) |
| 11/29/2007 | Ï 17 | PETITION FOR SPECIAL ADMISSION (PRO HAC VICE) by Charles R. Price, Harvey Freedenberg on behalf of Dentsply International, Inc. Attorney Charles R. Price is seeking special admission. Filing Fee: 25.00 Receipt Number: 111 002500. (aaa ) (Entered: 11/29/2007) |
| 11/30/2007 | Ï 18 | SPECIAL ADMISSIONS FORM APPROVED as to Margarte M. Zwisler, Esquire. (Orig: SCR Registry) Signed by Judge Christopher C. Conner on 11/30/07. (ki) (Entered: 12/03/2007) |
| 11/30/2007 | Ï 19 | SPECIAL ADMISSIONS FORM APPROVED as to Charles R. Price, Esquire. (Orig: SCR Registry)Signed by Judge Christopher C. Conner on 11/30/07. (ki) (Entered: 12/03/2007) |
| 11/30/2007 | Ï 20 | SPECIAL ADMISSIONS FORM APPROVED as to Eric J. McCarthy, Esquire. (Orig: SCR Registry) Signed by Judge Christopher C. Conner on 11/30/07. (ki) (Entered: 12/03/2007) |
| 12/04/2007 | Ï 21 | CASE MANAGEMENT PLAN by Dentsply International, Inc., Nowak Dental Supplies, Inc.. (Attachments: # 1 Certificate of Service)(Steinfeld, Adam) (Entered: 12/04/2007) |
| 12/07/2007 | Ï 22 | First MOTION to Transfer Case *Motion to Transfer Venue* by Dentsply International, Inc.. (Attachments: # 1 Proposed Order)(Freedenberg, Harvey) (Entered: 12/07/2007) |
| 12/07/2007 | Ï 23 | BRIEF IN SUPPORT *of Motion to Transfer Venue* re 22 First MOTION to Transfer Case *Motion to Transfer Venue* filed by Dentsply International, Inc.. (Attachments: # 1 Appendix Unreported Decisions)(Freedenberg, Harvey) (Entered: 12/07/2007) |
| 12/11/2007 | Ï 25 | ORDER re: deft's motion to transfer venue 22 – Pltf shall file br in opp to deft's motion to transfer 22 by 1/10/08 – deft may file reply br by 1/28/08. (See order for complete details.) Signed by Judge Christopher C. Conner on 12/11/07. (ki) (Entered: 12/11/2007) |
| 01/10/2008 | Ï 26 | BRIEF IN OPPOSITION re 22 First MOTION to Transfer Case *Motion to Transfer Venue* filed by Nowak Dental Supplies, Inc.. (Attachments: # 1 Attachment A, # 2 Attachment B)(Steinfeld, Adam) (Entered: 01/10/2008) |
| 01/25/2008 | Ï 27 | Joint MOTION for Protective Order by Dentsply International, Inc., Nowak Dental Supplies, Inc.. (Attachments: # 1 STIPULATED PROTECTIVE ORDER, # 2 Certificate of Service)(Steinfeld, Adam) (Entered: 01/25/2008) |
| 01/25/2008 | Ï 28 | STIPULATED PROTECTIVE ORDER re: identification, designation &handling of confidential docs. (See order for complete details.) Signed by Honorable Christopher C. Conner on 01/25/08. (ki) (Entered: 01/25/2008) |
| 01/28/2008 | Ï 29 | |

| | | |
|---|---|---|
| | | REPLY BRIEF re 22 First MOTION to Transfer Case *Motion to Transfer Venue* filed by Dentsply International, Inc.. (Attachments: # 1 Appendix of Unreported Decisions)(Price, Charles) (Entered: 01/28/2008) |
| 08/04/2008 | Ï 30 | ORDER TRANSFERRING CASE to the USDC for District of Delaware, pursuant to deft's motion 22 , &instructing Clrk of Ct to CLOSE the case. (See order for complete details.) Signed by Honorable Christopher C. Conner on 08/04/08. (ki) (Entered: 08/04/2008) |